1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. CR-S-05-0227 WBS

12                                            AND RELATED CASES
                   Plaintiff,                 CR-S-05-0095 MCE
13          v.                                CR-S-04-0389 MCE
                                              CR-S-04-0388 MCE
14                                            CR-S-04-0387 MCE
     BENITO TOPETE and                        CR-S-04-0378 MCE
15   HECTOR MANRIQUEZ,                        CR-S-04-0379 MCE
                                              CR-S-04-0377 MCE
16
                   Defendants.                **ORDER OF RELATED CASE**
17   _____/

18          Examination of the above-entitled criminal actions reveals

19   that these actions are related within the meaning of Local Rule

20   83-123(a) (E.D. Cal. 1997).  The actions involve many of the same

21   defendants and are based on the same or similar claims, the same

22   property transaction or event, similar questions of fact and the

23   same questions of law, and would therefore entail a substantial

24   duplication of labor if heard by different judges.  Accordingly,

25   the assignment of the matters to the same judge is likely to

26   effect a substantial savings of judicial effort and is also

27   likely to be convenient for the parties.

28   ///

                                       1

1        The parties should be aware that relating the cases under

2   Local Rule 83-123 merely has the result that all actions are

3   assigned to the same judge; no consolidation of the actions are

4   effected.  Under the regular practice of this court, related

5   cases are generally assigned to the district judge to whom the

6   first filed action was assigned.

7        IT IS THEREFORE ORDERED that the actions denominated:

8           CR-S-05-0227 WBS, USA v. Topete, et al.;
            CR-S-05-0095 MCE, USA v. Hernandez, et al.;
9           CR-S-04-0389 MCE, USA v. Ayala, et al.;
            CR-S-04-0388 MCE, USA v. Ayala, et al.;
10          CR-S-04-0387 MCE, USA v. Rodriguez;
            CR-S-04-0379 MCE, USA v. Mendez, et al.;
11          CR-S-04-0378 MCE, USA v. Ramirez, et al.; and
            CR-S-04-0377 MCE, USA v. Solis, et al.

12

13  are reassigned to Judge Morrison C. England, Jr. for all further

14  proceedings, and any dates currently set in these reassigned

15  cases only are hereby VACATED.  The parties are referred to the

16  attached Order Requiring Joint Status Report.  Henceforth, the

17  caption on documents filed in the reassigned cases shall be shown

18  as:

19          CR-S-05-0227 MCE, USA v. Topete, et al.;
            CR-S-05-0095 MCE, USA v. Hernandez, et al.;
20          CR-S-04-0389 MCE, USA v. Ayala, et al.;
            CR-S-04-0388 MCE, USA v. Ayala, et al.;
21          CR-S-04-0387 MCE, USA v. Rodriguez;
            CR-S-04-0379 MCE, USA v. Mendez, et al.;
22          CR-S-04-0378 MCE, USA v. Ramirez, et al.; and
            CR-S-04-0377 MCE, USA v. Solis, et al.

23

24  ///

25  ///

26  ///

27  ///

28  ///

1          IT IS FURTHER ORDERED that the Clerk of the Court make

2   appropriate adjustment in the assignment of criminal cases to

3   compensate for this reassignment.

4          IT IS SO ORDERED.

5   DATED: June 17, 2005

6

7

8                                    _____

9                                    MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28