LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

      Plaintiff,

    vs.

ADAN AYALA, et. al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  CR. S-04-0389 MCE

MARCALYN MORRIS'S
WAIVER OF APPEARANCE
PURSUANT TO  FED. R.
CRIM. PRO. 43;
ORDER

Defendant MARCALYN MORRIS hereby waives the right to be

present in person in open court upon the hearing of any motion or other proceeding

in this case, including, but not limited to, when the case is ordered set for trial,

when a continuance is ordered, and when any other action is taken by the Court

before or after trial, *except* on arraignment, plea, empanelment of jury and

imposition of sentence.  This waiver of appearance is made pursuant to Federal

Rule of Criminal Procedure 43.

- 1

MARCALYN MORRIS hereby request the Court to proceed in her absence which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Lindsay Anne Weston, the same as if MARCALYN MORRIS were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

MARCALYN MORRIS further acknowledges that she has been informed of her rights under 18 U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes her attorney to set times and dates under that Act without defendant being present.

DATED:  February 23, 2005

/S/ Marcalyn Morris

_____
MARCALYN MORRIS

I have advised my client, Marcalyn Morris of the above information, have reviewed this waiver, and have the original signed copy of this document in the files in my office.

/S/ Lindsay Anne Weston

_____
LINDSAY ANNE WESTON
Counsel to Marcalyn Morris

## ORDER

GOOD CAUSE APPEARING, the request of MARCALYN MORRIS to

Waive her presence in this matter is granted.

DATED:  October 21, 2005

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE