Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MACLOVIO ACOSTA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. 2:04-cr-0389-MCE |
| Plaintiff,                                        ) | STIPULATION & ORDER |
|                                                        ) | CONTINUING MOTION |
| v.                                                  ) | HEARING DATE AND |
|                                                        ) | EXCLUDING TIME |
| MACLOVIO ACOSTA, *et al.*,         ) | |
| Defendants.                                  ) | |

The parties hereby stipulate to the following:

1. This case is presently set for a non-evidentiary motion hearing on June 13, 2006.

2. In order to afford defense counsel additional time to prepare pretrial motions, the parties hereby stipulate to the following motion date and briefing schedule: motions due May 15, 2006; government's opposition due June 30, 2006; defendants' reply briefing due July 13, 2006; non-evidentiary motion hearing on July 18, 2006.

3. Preparation of pretrial motions, specifically a motion to suppress wiretap evidence, is time-consuming and complex due to the number of documents involved (approximately 3,000 to 5,000 pages of discovery to review) as well as the fact that many of the calls are in Spanish. For that

reason, all counsel request that time continue to be excluded until the date of the hearing for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

DATED: April 14, 2006      /s/ Tim Warriner
                            Attorney for defendant,
                            MACLOVIO ACOSTA

DATED: April 14, 2006      /s/ Steven D. Bauer,
                            Attorney for defendant,
                            ADAN AYALA, JR.

DATED: April 14, 2006      /s/ Fred Neal Dawson
                            Attorney for defendant,
                            MARIA HERNANDEZ

DATED: April 14, 2006      /s/ James Ralph Greiner
                            Attorney for defendant,
                            LEEANN SALAZAR

DATED: April 14, 2006      /s/ Dina Lee Santos
                            Attorney for defendant,
                            RANDAL GATH

DATED: April 14, 2006      /s/ Dwight M. Samuel
                            Attorney for defendant,
                            OSCAR SANTANA

DATED: April 14, 2006      /s/ Randal Ensminger
                            Attorney for defendant,
                            VICENTE OCADIO

DATED: April 14, 2006      /s/ Lindsay Anne Weston
                            Attorney for defendant,
                            MARCALYN MORRIS

DATED: April 14, 2006      /s/ Phillip Allen Talbert
                            Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the non-evidentiary motion hearing set for June 13, 2006 is vacated and is reset to July 18, 2006 at 8:30 a.m.. Defendants' motions are due on May 15, 2006; government's opposition is due on June 30, 2006; defendants' reply briefing is due on July 13, 2006. Time will continue to be excluded to July 18, 2006 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: April 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE