LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1477 Drew Avenue, Ste. 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant,
MARCALYN MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>MARCALYN MORRIS, et al.,<br><br>              Defendants.<br>_____ | **No. CR-S-04-389-MCE**<br><br>**STIPULATION TO CONTINUE MOTIONS SCHEDULE AND EXCLUDABLE TIME; [PROPOSED] ORDER** |

THE PARTIES TO THIS ACTION, Defendants Adan Ayala, Jr., Randall Gath, Oscar Santana, Marcalyn Morris, and Maria Hernandez.  by and through their respective counsel, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Phillip Talbert hereby stipulate to the following:

        1.        On May 30, 2006, the Court set a motions briefing schedule in this matter and a motions hearing date of October 31, 2006, at 8:30 a.m.;

2.      The parties are involved in active negotiations to attempt a resolution of the case;

3.      The preparation of pretrial motions, specifically a motion to suppress the wiretap evidence, is time consuming and defense counsel are requesting additional time in order to adequately prepare the motions, the need for which may be obviated if the case is resolved. Further, the parties are continuing to work on pretrial preparation and motion preparation, especially given the complexity of the case both in terms of number of defendants and discovery provided by the government;

4.      In consideration of the above, the parties request a new briefing schedule and hearing date be set as follows:   motions to be filed by November 5, 2006; government's opposition filed by December 12, 2006; defendant's optional reply to be filed by December 19, 2006; and hearing on the motions set for January 9, 2007, at 8:30 a.m.;

5.      This Court has previously declared this case complex pursuant to local code T2 and excluded time from the Speedy Trial Act from May 30, 2006, to September 5, 2006, pursuant to both local code T2 and T4;

5.      The parties request that time be excluded from September 5, 2006, until the date of the hearing, January 9, 2007, both because of the complexity of

////

the case and the need for effective preparation of counsel pursuant to local code T2 and T4 and 18 U.S.C. §3161 (h)(8)(A) and (B) (ii) and(iv).

DATED:  September 18, 2006      /s/ Lindsay Anne Weston
Attorney for defendant
MARCALYN MORRIS

DATED: September 18, 2006      /s/ Steven D. Bauer
Attorney for defendant
ADAN AYALA, JR.

DATED: September 18, 2006      /s/Dwight M. Samuel
Attorney for defendant
OSCAR SANTANA

DATED: September 18, 2006      /s/Dina Lee Santos
Attorney for defendant
RANDALL GATH

DATED:  September 18, 2006      /s/Fred Neal Dawson
Attorney for defendant
MARIA HERNANDEZ

DATED: September 18, 2006      /s/ Phillip Allen Talbert
Attorney for plaintiff
UNITED STATES OF AMERICA
Assistant United States Attorney

/////

/////

## **ORDER**

GOOD CAUSE APPEARING, the previously set motions schedule and hearing date of October 31, 2006, is vacated and a new hearing date of January 9, 2007, at 8:30 a.m. is set.  The motions briefing schedule is as follows:  motions to be filed by November 5, 2006; government's opposition to be filed by December 12, 2006; defendant's optional reply to be filed by December 19, 2006. Time is be excluded from September 5, 2006, until January 9, 2007,  because of the complexity of the case and the need for effective attorney preparation under both Local Code T2 and T4 and 18 U.S.C. §3161 (h) (8) (A) and (B) (ii) and(iv).

DATED: September 25, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-4-