LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1477 Drew Avenue, Ste. 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant,
MARCALYN MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCALYN MORRIS, et al.,<br><br>Defendants. | No. 2:04-cr-389-MCE<br><br>**STIPULATION TO CONTINUE MOTIONS SCHEDULE AND EXCLUDABLE TIME; ORDER** |

THE PARTIES TO THIS ACTION, Defendants Adan Ayala, Jr., Randall Gath, Oscar Santana, Marcalyn Morris, and Maria Hernandez, by and through their respective counsel, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Phillip Talbert, hereby stipulate to the following:

1.   On May 30, 2006, the Court set a motions briefing schedule in this matter and a motions hearing date of October 31, 2006, at 8:30 a.m.  On September 18, 2006, the parties requested and this Court issued an Order on

September 25, 2006, setting a new briefing schedule and hearing with motions to be filed by November 5, 2006, government's opposition filed by December 12, 2006, and hearing on the motions set for January 9, 2007, at 8:30 a.m.;

2. The previous briefing schedule and hearing date should be vacated and a new briefing schedule and hearing date be set as related below. The preparation of pretrial motions, specifically a motion to suppress the wiretap evidence, is time consuming and defense counsel are requesting additional time in order to adequately prepare the motions, the need for which may be obviated if the case is resolved. Further, the parties are continuing to work on pretrial preparation and motion preparation, especially given the complexity of the case both in terms of number of defendants and discovery provided by the government;

3. In reviewing materials and discovery for the preparation of a motion to suppress the wiretap, Lindsay Weston, counsel for Marcalyn Morris, determined she did not have certain discovery, namely records/logs of the overhears made contemporaneous with their interception, relevant to the preparation of the wiretap motion. Assistant United States Attorney Philip Talbert told Ms. Weston he did not think there was such discovery, however, pursuant to her written request, he agreed to contact the case agents to determine if such logs were kept. The parties need additional time for inquiries of the agents, to provide

the discovery if it does exist, and for defense counsel to review it for possible use in the motion to suppress the wiretaps;

    3.    All parties are involved in active ongoing negotiations to attempt a resolution of this complex case without a trial;

    4.    In consideration of the above, the parties request a new briefing schedule and hearing date be set as follows: motions to be filed by January 23, 2007; government's opposition filed by February 20, 2007; defendant's optional reply to be filed by February 27, 2007; and hearing on the motions set for March 6, 2007, at 8:30 a.m.;

    5.    This Court has previously declared this case complex pursuant to local code T2 and excluded time from the Speedy Trial Act from May 30, 2006, to January 9, 2007, pursuant to both local code T2 and T4;

    5.    The parties request that time be excluded from January 9, 2007, until the date of the hearing, March 6, 2007, both because of the complexity of the case and the need for effective preparation of counsel pursuant to local code T2 and T4 and 18 U.S.C. §3161 (h) (8) (A) and (B) (ii) and (iv).

                              Respectfully submitted,

DATED: December 14, 2006      /s/ Lindsay Anne Weston
                                        Attorney for defendant
                                        MARCALYN MORRIS

| | |
|---|---|
| DATED: December 14, 2006 | /s/ Steven D. Bauer<br>Attorney for defendant<br>ADAN AYALA, JR. |
| DATED: December 14, 2006 | /s/Dwight M. Samuel<br>Attorney for defendant<br>OSCAR SANTANA |
| DATED: December 14, 2006 | /s/Dina Lee Santos<br>Attorney for defendant<br>RANDALL GATH |
| DATED:  December 14, 2006 | /s/Fred Neal Dawson<br>Attorney for defendant<br>MARIA HERNANDEZ |
| DATED: December 14, 2006 | /s/ Phillip Allen Talbert<br>Attorney for plaintiff<br>UNITED STATES OF AMERICA<br>Assistant United States Attorney |

/////

///////

/////

////

# **ORDER**

GOOD CAUSE APPEARING, the previously set motions schedule and hearing date of January 9, 2007, is vacated and a new hearing date of March 6, 2007, at 8:30 a.m. is set. The motions briefing schedule is as follows: motions to be filed by January 23, 2007; government's opposition to be filed by February 20, 2007; defendant's optional reply to be filed by February 27, 2007. Time is be excluded from January 9, 2007, until March 6, 2007, because of the complexity of the case and the need for effective attorney preparation under both Local Code T2 and T4 and 18 U.S.C. §3161 (h) (8) (A) and (B) (ii) and(iv).

DATED: December 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE