McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARCALYN MORRIS,<br><br>            Defendant. | CR. No. 2:04-cr-00389 -MCE<br><br>MOTION TO DISMISS SUPERSEDING INDICTMENT AS TO DEFENDANT MORRIS AND ORDER |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves for an order dismissing the charges in the superseding indictment in this matter against defendant Marcalyn Morris.  On February 27, 2007, in the courtroom of Magistrate Judge Kimberly J. Mueller, defendant Morris pleaded guilty to a superseding information charging a misdemeanor violation of 21 U.S.C. §844 – Possession of Methamphetamine. Morris' change of plea was entered pursuant to the terms of a written plea agreement between the government and Morris, the terms of which include a promise by the government to move to dismiss without prejudice the charges against Morris in the

1

Superseding Indictment, with the right to reinstate such charges only under specified, limited conditions.

Accordingly, the government now makes such motion in this Court.  Defense counsel Lindsay Weston joins in this request.

DATED: March 1, 2007               McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Phillip A. Talbert
                                   PHILLIP A. TALBERT
                                   Assistant U.S. Attorney

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the charges against defendant Marcalyn Morris in the Superseding Indictment in this matter are dismissed without prejudice.

Dated: March 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2