LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

Attorney for Defendant
MARCALYN MORRIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>MARCALYN MORRIS,<br>    Defendant. | Case No.: CR S-04-389 KJM<br>AMENDED<br>REQUEST FOR ORDER AND ORDER EXONERATING BOND AND RECONVEYING PROPERTY |

    Defendant MARCALYN MORRIS hereby requests this Court issue an Order directing the Clerk of the Court to reconvey back her property used to secure her appearance bond.  On September 27, 2004, Ms. Morris was ordered released in the above captioned case on terms and conditions which included that the $100,000.00 appearance bond in this matter be secured by the homes of either Ms. Morris or her parents. [Clerk's Record 17]. On October 20, 2004, the appearance bond was posted secured by Ms. Morris's real property located at 2779 Coy Drive,

Yuba City, California, 95933. [CR 66] The receipt of the deed of trust to that real property was posted with this Court on or about the same date. [CR 70]

Ms. Morris pleaded guilty to a misdemeanor charge and was placed on prejudgment probation on June 7, 2007, with this Court (apparently) ordering the bond exonerated. [CR 248]. Accordingly, it is hereby requested that the $100,000.00 secured appearance bond be exonerated in the above captioned action and that the Clerk of the District Court be directed to reconvey back to the Trustor the deed of trust to the real property at 2779 Coy Drive, Yuba City, California, 95933, received by the Clerk on or about October 20, 2004.

This request is based on this pleading and all of the files and records in this case.

DATED: December 11, 2007            Resepctfully submitted,

                                              /s/ Lindsay Anne Weston
                                      _____
                                      LINDSAY ANNE WESTON
                                      Counsel to Marcalyn Morris

## **ORDER**

IT IS HEREBY ORDERED that the bond in this case in the amount of $100,000.00. posted by Marcalyn Morris and secured by a Deed of Trust to her property located at 2779 Coy Drive, Yuba City, CA, 95933, is herby exonerated

and that the Clerk of the District Court is directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about October 20, 2004.

DATED:  December 14, 2007.

_____
U.S. MAGISTRATE JUDGE