1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11           Plaintiff,                           No. CR S-04-0389 KJM

12        vs.

13   MARCALYN MORRIS,

14           Defendant.                           ORDER

15   _____/

16           On December 18, 2007, defendant, acting in pro per, filed a letter asking the court

17   to consider an early discharge from her term of probation and dismissal of the case against her.

18           Defendant was represented by counsel in the criminal proceedings against her.

19   The court will not consider any requests to terminate probation or otherwise change defendant's

20   sentence unless and until they are filed by counsel.

21           IT IS SO ORDERED:

22   DATED:  January 11, 2008.

23                                                _____
                                                  U.S. MAGISTRATE JUDGE
24

25

     2 morr0389
26

                                                    1